NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1586

LEONARD J. VAUGHN

VERSUS

TONYA E. YOUNG, ET AL.

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 95,800
HONORABLE PAUL JOSEPH DEMAHY, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

Peters, J., dissents and assigns written reasons

AFFIRMED.

Charles Collins Garrison
Caffery, Oubre, Campbell & Garrison, L.L.P.
P. O. Drawer 12410
New Iberia, LA  70562-2410
(337) 364-1816
Counsel for Defendant/Appellee:
     Louisiana Farm Bureau Casualty

**Kreig Anthony Breaux**
**Landry, Watkins, Repaske & Breaux**
**P. O. Drawer 12040**
**New Iberia, LA  70562-2040**
**(337) 364-7626**
**Counsel for Plaintiff/Appellant:**
 **Leonard J. Vaughn**

**Theodore Michael Haik, III**
**Haik, Minvielle & Grubbs, L.L.P.**
**P.O. Box 11040**
**New Iberia, LA  70562-1040**
**(337) 365-5486**
**Counsel for Defendant/Appellee:**
 **Tonya Young,**
 **Ruth Shello, and**
 **Atlanta Specialty Ins. Co.**